■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELO MARIN, Appellant.—Appeal by the defendant from five judgments of the Supreme Court, Kings County (Marano, J.), all rendered July 21, 1986.

Ordered that the judgments are affirmed (see, People v Pellegrino, 60 NY2d 636). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.